01-15-00676-CV



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 8/6/2015**

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/6/2015 8:48:07 AM

CHRISTOPHER A. PRINE
Clerk

**TO:     1ST COURT OF APPEALS**

**From:     Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:     2013-74660**

**VOLUME _____   PAGE _____     OR     IMAGE # 66218692**

**DUE   9/12/2015               ATTORNEY 01284500**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE   1ST**

**DATE JUDGMENT SIGNED:     7/14/2015**

**REQUEST FOR FINDINGS OF FACT DATE FILED: N/A**

**REQUEST TRANSCRIPT DATE FILED     N/A**

**NOTICE OF APPEAL DATE FILED     7/31/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )   60**

**FILE ORDERED:   YES ☐   NO ☒   IMAGED FILED:   YES ☒   NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, O**

CHRIS DANIEL
Harris County, District Clerk

By:   /s/MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

7/31/2015 10:44:09 AM
Chris Daniel - District Clerk Harris County
Envelope No. 6306008
By: Duane Gilmore
Filed: 7/31/2015 10:44:09 AM

CAUSE NO. 2013-74660

| | | |
|---|---|---|
| AMY G. TRIANA, B/N/F | § | IN THE DISTRICT COURT OF |
| IRMA K. ORTEGA | § | |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, T E X A S |
| | § | |
| | § | |
| PHAN-TRAN PROPERTY MANAGEMENT, | § | |
| LLC, MINH PHAN, MISTY TRAN, | § | |
| AND SERGIO CASTILLO | § | 334TH JUDICIAL DISTRICT |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Amy G. Triana, b/n/f Irma K. Ortega, appeals from the Final Judgment signed July 14, 2015, and all adverse interlocutory rulings that merged into that judgment.

The Final Judgment was signed in Cause No. 2013-74660; *Amy G. Triana, b/n/f Irma K. Ortega vs. Phan-Tran Property Management, LLC, Minh Phan, Misty Tran, and Sergio Castillo*; in the 334th Judicial District Court of Harris County, Texas. The appeal will be to the First Court of Appeals or Fourteenth Court of Appeals. This is not an accelerated or restricted appeal.

Respectfully submitted,

KURT ARBUCKLE, P.C.

By: /S/ Kurt Arbuckle
     KURT ARBUCKLE
     Texas Bar No. 01284500
     2121 Sage Road, Suite 100
     Houston, Texas 77056
     713 961-5353
     713 961-5236 Fax
     kurt@kurtarbuckle.com
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July 2015, a true and correct copy of Plaintiff's Notice of Appeal was sent via fax and regular mail and/or by certified mail, return receipt requested, to all counsel of record listed below:

> Wolf A. McGavran
> Michael P. Raab
> Yasser A. Madriz
> Haynes & Boone, LLP
> 1221 McKinney Street, Suite 2100
> Houston, Texas 77010


/S/ Kurt Arbuckle
KURT ARBUCKLE

7/14/2015 3:54:59 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 6064138
By: JIMENEZ, DANIELLE N
Filed: 7/14/2015 3:54:59 PM

Pgs-1

NCA
4

CAUSE NO. 2013-74660

| | | |
|---|---|---|
| AMY G. TRIANA, B/N/F | § | IN THE DISTRICT COURT OF |
| IRMA K. ORTEGA | § | |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, T E X A S |
| | § | |
| | § | |
| PHAN-TRAN PROPERTY MANAGEMENT, | § | |
| LLC, MINH PHAN, MISTY TRAN, | § | |
| AND SERGIO CASTILLO | § | 334TH JUDICIAL DISTRICT |

O R D E R

On today's date came on for consideration the Motion for Non-suit of Sergio Castillo filed by AMY G. TRIANA, b/n/f IRMA K. ORTEGA, Plaintiff in the above-styled and numbered cause. The Court grants Plaintiff's Motion. It is, therefore,

ORDERED that Plaintiff's claims against Defendant, SERGIO CASTILLO, are dismissed, without prejudice.

SIGNED this _____ day of _____ 2015.

Signed: _Grant Dorfman_
7/14/2015
JUDGE PRESIDING

ENTRY REQUESTED BY:

KURT ARBUCKLE, P.C.

By: /S/ Kurt Arbuckle
    KURT ARBUCKLE
    Texas Bar No. 01284500
    2121 Sage Road, Suite 100
    Houston, Texas 77056
    (713) 961-5353
    (713) 961-5236 Fax
    kurt@kurtarbuckle.com
ATTORNEY FOR PLAINTIFF

CASE NUM: 201374660__ PJN> __  TRANS NUM: _____ CURRENT COURT: 334 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)      CASE STATUS: DISPOSED (FINAL)
STYLE: TRIANA, AMY G (B/N/F IRMA K ORTEG VS PHAN-TRAN PROPERTY MANAGEMENT LLC
=============================================================================
                      **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00008-0001 MED 21983950 WOOLDRIDGE, JOHN THOMAS
_     00007-0001 AGT           PHAN-TRAN PROPERTY MANAGEMENT   D
_     00006-0001 PLT 01284500 ORTEGA, IRMA K                      ARBUCKLE, RIC
_     00005-0001 DEF           CASTILLO, SERGIO
_     00004-0001 DEF 24037015 TRAN, MISTY                     D  MADRIZ, YASSE
_     00004-0001 PAD 24037015 MADRIZ, YASSER A
_     00003-0001 DEF 24037015 PHAN, MIHN                      D  MADRIZ, YASSE
_     00003-0001 PAD 24037015 MADRIZ, YASSER A

==> (11) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH   11=HELP

CASE NUM: 201374660__ PJN> __  TRANS NUM: _____ CURRENT COURT: 334 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)      CASE STATUS: DISPOSED (FINAL)
STYLE: TRIANA, AMY G (B/N/F IRMA K ORTEG VS PHAN-TRAN PROPERTY MANAGEMENT LLC
==============================================================================
                     **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME              PTY   ASSOC. ATTY
  NUM   NUMBER                                          STAT
_    00002-0001 DEF 24037015 PHAN-TRAN PROPERTY MANAGEMENT  D  MADRIZ, YASSE
_    00002-0001 PAD 24037015 MADRIZ, YASSER A
_    00001-0001 PLT 01284500 TRIANA, AMY G (B/N/F IRMA K OR    ARBUCKLE, RIC


==> (11) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP